### STATE of Maine

v.

### Stanley PRATT.

Supreme Judicial Court of Maine.

Argued Nov. 12, 1985.

Decided Dec. 23, 1985.

Janet Mills, Dist. Atty., Mark A. Beede, (orally), Asst. Dist. Atty., Auburn, for plaintiff.

David R. Dubord, (orally), Lewiston, for defendant.

Before McKUSICK, C.J., and NICHOLS, ROBERTS, WATHEN, GLASSMAN and SCOLNIK, JJ.

MEMORANDUM OF DECISION.

Stanley Pratt appeals his conviction of robbery, 17–A M.R.S.A. § 651(1)(A) (1983), in Superior Court, Androscoggin County. Pratt preserved his objection to the court's rulings upon his request for a bill of particulars and his request for a jury instruction, both designed to limit the robbery charge to a specific incident in May of 1984. We determine that the court's actions did adequately limit the jury's consideration to the May 1984 incident. On Pratt's third contention, we find no obvious error in the jury instructions concerning the elements of the offense of robbery.

The entry is:

Judgment affirmed.

All concurring.

### VTCC, INC., d/b/a Volvo White Truck Credit Company

v.

### WHITNEY TRUCKING CORP.

Supreme Judicial Court of Maine.

Argued Nov. 14, 1985.

Decided Dec. 23, 1985.

Perkins, Townsend & Shay, P.A., Warren C. Shay, (orally), Skowhegan, for plaintiff.

Louis R. Marcou, (orally), Waterville, for defendant.

Before McKUSICK, C.J., and NICHOLS, ROBERTS, WATHEN, GLASSMAN and SCOLNIK, JJ.

MEMORANDUM OF DECISION.

Whitney Trucking Corp. appeals from a summary judgment entered in Superior Court, Somerset County, upon the complaint of VTCC, Inc. for the amount due and owing upon its truck lease-purchase agreement. Whitney objects to the conclusory nature of the plaintiff's affidavit and to the manner in which the court computed the amount due under the agreement. Because the plaintiff's affidavits plus the defendant's responses to requested admissions preclude any genuine issue of material fact and because the amount due was directly derived from the figures set forth in the agreement, we conclude that Whitney has demonstrated no error entitling it to relief on appeal.

The entry is:

Judgment affirmed.

All concurring.